## ST. LOUIS HOUSING AUTHORITY, Plaintiff-Respondent,

v.

## Eileen MITCHELL, Defendant-Appellant.

No. 46334.

Missouri Court of Appeals, Eastern District, Division Four.

Feb. 7, 1984.

Jimmie Edwards, St. Louis, for defendant-appellant.

Howard Stern, Rodney H. Powell, St. Louis, for plaintiff-respondent.

PER CURIAM.

Appeal by tenant in unlawful detainer action. Plaintiff's motion to dismiss the appeal is denied. Plaintiff, St. Louis Housing Authority, contends that this case is distinguishable from *St. Louis Housing Authority v. Thompson,* 657 S.W.2d 390 (Mo.App.1983). It isn't.

Judgment reversed.

All concur.